# Nwokoro & Scola, Esquires
## Attorneys At Law
30 Broad Street, Suite 1424, New York, New York 10004
Phone: (212) 785-1060     Fax: (212) 785-1066
Email: emekanwokoro101@yahoo.com

July 27, 2018

**By ECF**
Honorable Edward R. Korman
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Elvis Gomez v. The City of New York, et al, 16-CV-1277 (ERK)(LB)

Your Honor:

    I am a partner in the law firm of Nwokoro & Scola, Esquires, charged with the handling of this matter on behalf of the plaintiff.

    I write, on behalf of both parties, pursuant to the court's directive, to update the Court regarding the status of settlement negotiations in this case. This matter is settled.

Yours respectfully,

Chukwuemeka Nwokoro

cc:
Daniel Saavedra
Assistant Corporation Counsel
Attorney for Defendants